UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In the Matter of:** | Case No.: 17-19073 |
| Candido Franco | Judge: Vincent F. Papalia |
| | Chapter 13 |
| | Hearing Date: August 17, 2017 |

**DEBTOR'S NOTICE OF WITHDRAWAL OF MOTION FOR CONTEMPT WITH PREJUDICE (Doc. No. 8)**

Debtor, through Counsel, hereby withdraws *with prejudice* his Motion for Contempt, Document No. 8, filed with this Court on May 08, 2017.

 Respectfully Submitted,
/s/ Javier L. Merino, Esq.
Javier L. Merino, Esq. #078112014
Dann & Merino, P.C.
1 Meadowlands Plaza, Suite 200
East Rutherford, NJ 07073
(216) 373-0539
(216) 373-0536 e-fax
notices@dannlaw.com
jmerino@dannlaw.com
*Counsel for Debtors*