**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Order Filed on August 9, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| IN RE: § | |
| Candido Jose Franco, Jr. aka, § | CASE NO. 17-19073-VFP |
| Candido Jose Franco Filho § | |
| § | CHAPTER 13 |
| DEBTOR § | |

**ORDER APPROVING SETTLEMENT
AND DISBURSEMENT OF SETTLEMENT PROCEEDS**

Came on to be considered by the Court *Debtor Motion for Approval of Settlement and Disbursement of Settlement Proceeds*. The Court, having considered such motion, is of the opinion that it should be granted.

IT IS, THEREFORE, ORDERED that the settlement be, and the same hereby is, approved, and that the settlement proceeds be disbursed in accordance with "Exhibit A" attached to *Debtor's Motion For Approval of Settlement and Disbursement of Settlement Proceeds*.

**DATED: August 9, 2017**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

# **EXHIBIT A**

1. Signature shall pay to the Debtor the sum of $3,489.00 inclusive of all claims;

2. The Debtor shall dismiss with prejudice the Motion;

3. $1,434.33 shall be remitted to Debtor's counsel as compensation for the time spent and expenses incurred in prosecuting the Motion.

4. The remaining $2,054.67 shall be sent to the Chapter 13 Trustee for disbursement on the Secured Claim held by Specialized Loan Servicing, LLC for the Debtor's residence located at 849 Gibbons Court, Elizabeth, NJ 07202.