**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Order Filed on August 9, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| IN RE: § | |
| Candido Jose Franco, Jr. aka, § | CASE NO. 17-19073-VFP |
| Candido Jose Franco Filho § | |
| § | CHAPTER 13 |
| DEBTOR § | |

**ORDER APPROVING SETTLEMENT**
**AND DISBURSEMENT OF SETTLEMENT PROCEEDS**

Came on to be considered by the Court *Debtor Motion for Approval of Settlement and Disbursement of Settlement Proceeds*. The Court, having considered such motion, is of the opinion that it should be granted.

IT IS, THEREFORE, ORDERED that the settlement be, and the same hereby is, approved, and that the settlement proceeds be disbursed in accordance with "Exhibit A" attached to *Debtor's Motion For Approval of Settlement and Disbursement of Settlement Proceeds*.

**DATED: August 9, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

## **EXHIBIT A**

1. Signature shall pay to the Debtor the sum of $3,489.00 inclusive of all claims;

2. The Debtor shall dismiss with prejudice the Motion;

3. $1,434.33 shall be remitted to Debtor's counsel as compensation for the time spent and expenses incurred in prosecuting the Motion.

4. The remaining $2,054.67 shall be sent to the Chapter 13 Trustee for disbursement on the Secured Claim held by Specialized Loan Servicing, LLC for the Debtor's residence located at 849 Gibbons Court, Elizabeth, NJ 07202.

United States Bankruptcy Court
District of New Jersey

In re:  
Candido Jose Franco, Jr.  
    Debtor

Case No. 17-19073-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Aug 10, 2017  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2017.  
db          +Candido Jose Franco, Jr.,    849 Gibbons Court,    Elizabeth, NJ 07202-3106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2017 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    Citibank, N.A., as successor Trustee to U.S.. Bank National Association, as Trustee for MASTR Alternative Loan Trust 2006-1, Mortgage Pass Through Certificates, Series 2006-1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Javier L. Merino    on behalf of Debtor Candido Jose Franco, Jr. jmerino@dannlaw.com, notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;edwardo@dannlaw.com;brittany@dannlaw.com  
         Marie-Ann Greenberg     magecf@magtrustee.com  
         U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                        TOTAL: 4