| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee<br><br>IN RE:<br>   CANDIDO JOSE FRANCO, JR. | Order Filed on September 25, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:  17-19073<br><br>Hearing Date:  09/21/2017<br><br>Judge:  VINCENT F. PAPALIA |

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: September 25, 2017

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

1

Debtor(s):  CANDIDO JOSE FRANCO, JR.

Case No.:  17-19073VFP

Caption of Order:  Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 09/21/2017 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 9/21/2017 of the plan filed on 05/25/2017, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 10/12/2017 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.