**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Dann & Merino, P.C.
1 Meadowlands Plaza, Suite 200
East Rutherford, NJ 07073
Phone: 216-373-0539
Fax: 216-373-0536
notices@dannlaw.com

**Order Filed on January 10, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Candido Jose Franco, Jr.

Case Number:    17-19073

Hearing Date:    12/21/20107

Judge:    Papalia

Chapter:    13

Recommended Local Form:    ☐ Followed    ☒ Modified

# ORDER REINSTATING

☒ **CASE**    ☐ **AUTOMATIC STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 10, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

This matter having come before the Court by the debtor's Motion to Reinstate Case; and the court having considered any objections filed; and for good cause shown; it is

ORDERED the case is reinstated effective as of the date of this order. The order dismissing this case dated  October 18, 2017 , remains in effect through the date of entry of this Order and its service as provided herein. No actions taken by third parties during the period this case was dismissed are or were subject to the automatic stay or other provisions of the Bankruptcy Code.

IT IS FURTHER ORDERED that any deadline unexpired at the time of dismissal is nullified and reset as follows. Creditors and/or parties in interest have:

1. until the original deadline fixed by the Court to file a complaint to challenge dischargeability of certain debts, or sixty (60) days from the date of this Order, whichever is later;

2. until the original deadline fixed by the Court to file a proof of claim or required supplement, or sixty (60) days from the date of this Order, whichever is later; and

3. until the original deadline fixed by the Court to object to exemptions, or thirty (30) days from the date of this Order, whichever is later.

IT IS FURTHER ORDERED that if the meeting of creditors has not been concluded, the debtor shall contact the case trustee to reschedule it.

IT IS FURTHER ORDERED that the Debtor shall, within three (3) days of the date of this Order, serve **ALL** creditors and other parties in interest with a copy of this Order and immediately thereafter, file a certification of service evidencing compliance herewith. This Order shall be effective as to such parties only upon service in accordance with this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-19073-VFP
Candido Jose Franco, Jr.                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jan 12, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2018.
db              +Candido Jose Franco, Jr.,    849 Gibbons Court,    Elizabeth, NJ 07202-3106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Citibank, N.A., as successor Trustee to U.S.. Bank
               National Association, as Trustee for MASTR Alternative Loan Trust 2006-1, Mortgage Pass Through
               Certificates, Series 2006-1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Javier L. Merino    on behalf of Debtor Candido Jose Franco, Jr. jmerino@dannlaw.com,
               notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;edwardo@dannlaw.com;brittany@dannlaw.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4