UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DannLaw
Javier L. Merino, Esq.
1 Meadowlands Plaza, Suite 200
East Rutherford, NJ 07073
Phone: 216-373-0539
Fax: 216-373-0536
notices@dannlaw.com

**Order Filed on November 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

   Candido Jose Franco, Jr., aka. Jean-Candido Jose Franco Filho, Jr.

Case No.:            17-19073

Chapter:             13

Hearing Date:    November 15, 2018

Judge:               Papalia

## ORDER REIMPOSING STAY

The relief set forth on the following pages, numbered two (2) through ___2_____ is **ORDERED**.

**DATED: November 26, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

1

Upon the motion of Candido Jose Franco, Jr., aka. Jean-Candido Jose Franco Filho, Jr. to reimpose the automatic stay as to certain property as hereinafter shown, it is

ORDERED that the automatic stay provisions of 11 U.S.C. §362(a) are reimposed as to the following real property: Land and premises commonly known as Lot 580, Block 4, 849 Gibbons Court, Elizabeth, NJ 07202.