Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 17−19073−VFP
                      Chapter: 13
                      Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Candido Jose Franco Jr.
    aka Candido Jose Franco Filho
    849 Gibbons Court
    Elizabeth, NJ 07202

Social Security No.:
    xxx−xx−5806

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/5/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 6, 2019
JAN: jf

                                                                                Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                           Case No. 17-19073-VFP
Candido Jose Franco, Jr.                                         Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Aug 06, 2019
                              Form ID: 148             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2019.
```
db          +Candido Jose Franco, Jr.,    849 Gibbons Court,    Elizabeth, NJ 07202-3106
516857188   +All Taxi Management,    41-25 36th Street,    Long Island City, NY 11101-1701
516857189   +NY State Dept of Taxation,    Attn: Bankruptcy/Finance,    PO BOX 5290,   albany, NY 12205-0290
516805016   +Signature Financial,    225 Broadhollow Road,    Melville, NY 11747-4822
516805017   +Specialized Loan Servicing,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
516908230   +U.S.. Bank National Association,Trustee(See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Aug 07 2019 00:00:08     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 07 2019 00:00:03     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516805015    EDI: CAPITALONE.COM Aug 07 2019 03:23:00     Capital One,   15000 Capital One Dr,
              Richmond, VA 23238
516805014   +EDI: CAPITALONE.COM Aug 07 2019 03:23:00     Capital One,
              Attn: General Correspondence/Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
517059558    EDI: PRA.COM Aug 07 2019 03:23:00     Portfolio Recovery Associates, LLC,
              c/o Capital One Bank, N.a.,    POB 41067,   Norfolk VA 23541
516805019    EDI: WFFC.COM Aug 07 2019 03:23:00     Wells Fargo Bank Card,    Credit Bureau Dispute Resoluti,
              Des Moines, IA 50306
516805018   +EDI: WFFC.COM Aug 07 2019 03:23:00     Wells Fargo Bank Card,    Mac F82535-02f,   Po Box 10438,
              Des Moines, IA 50306-0438
516995317    EDI: WFFC.COM Aug 07 2019 03:23:00     Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
              PO Box 10438, MAC F8235-02F,   Des Moines, IA 50306-0438
                                                                                               TOTAL: 8
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517634873*   +U.S. Bank National Association Trustee (See 410),   c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2019 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor    Citibank, N.A., as successor Trustee to U.S.. Bank
           National Association, as Trustee for MASTR Alternative Loan Trust 2006-1, Mortgage Pass Through
           Certificates, Series 2006-1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Javier L. Merino    on behalf of Debtor Candido Jose Franco, Jr. jmerino@dannlaw.com,
           notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;edwardo@dannlaw.com;9497659420@filings.d
           ocketbird.com;Amy@DannLaw.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Citibank, N.A., as successor Trustee to U.S.. Bank
           National Association, as Trustee for MASTR Alternative Loan Trust 2006-1, Mortgage Pass Through
           Certificates, Series 2006-1 rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```