UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Javier L. Merino
DannLaw
372 Kinderkamack Road, Suite 5
Westwood, NJ 07675
Phone: 216-373-0539
Fax: 216-373-0536
notices@dannlaw.com

In Re:

Candido Jose Franco, Jr., aka. Candido Jose Franco Filho, Jr.

Order Filed on November 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No.: | 17-19073 |
| Chapter: | 13 |
| Judge: | VFP |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 19, 2019**

_____
**H**onorable Vincent F. Papalia
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Javier L. Merino, Esq._____, the applicant, is allowed a fee of $ _____500.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____500.00_____ . The allowance shall be payable:

    ☑    through the Chapter 13 plan as an administrative priority.

    ❏    outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*