Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  17−19073−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Candido Jose Franco Jr.
    aka Candido Jose Franco Filho
    849 Gibbons Court
    Elizabeth, NJ 07202

Social Security No.:
    xxx−xx−5806

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 26, 2020.

On 1/5/21 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                     February 18, 2021
Time:                     08:30 AM
Location:             Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
of a secure claim, such holders acceptance or rejection of the Plan before modification will
be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 6, 2021
JAN: wdh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Candido Jose Franco, Jr.

Debtor(s)

Case No. 17-19073-VFP

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 06, 2021 | Form ID: 185 | Total Noticed: 14 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Candido Jose Franco, Jr., 849 Gibbons Court, Elizabeth, NJ 07202-3106 |
| 516857188 | + | All Taxi Management, 41-25 36th Street, Long Island City, NY 11101-1701 |
| 516857189 | + | NY State Dept of Taxation, Attn: Bankruptcy/Finance, PO BOX 5290, albany, NY 12205-0290 |
| 516805016 | + | Signature Financial, 225 Broadhollow Road, Melville, NY 11747-4822 |
| 516805017 | + | Specialized Loan Servicing, 8742 Lucent Blvd Ste 300, Highlands Ranch, CO 80129-2386 |
| 516908230 | + | U.S.. Bank National Association,Trustee(See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 516805018 | + | Wells Fargo Bank Card, Mac F82535-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 516805019 | | Wells Fargo Bank Card, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 516995317 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | | |
| | | | Jan 06 2021 21:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |
| | | | Jan 06 2021 21:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516805015 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |
| | | | Jan 06 2021 22:11:02 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 516805014 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |
| | | | Jan 06 2021 22:08:20 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517059558 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jan 06 2021 22:11:09 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517634873 | *+ | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Citibank  N.A., as successor Trustee to U.S.. Bank National Association, as Trustee for MASTR Alternative Loan Trust 2006-1, Mortgage Pass Through Certificates, Series 2006-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Javier L. Merino | on behalf of Debtor Candido Jose Franco  Jr. jmerino@dannlaw.com, notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;9497659420@filings.docketbird.com;Amy@DannLaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Citibank  N.A., as successor Trustee to U.S.. Bank National Association, as Trustee for MASTR Alternative Loan Trust 2006-1, Mortgage Pass Through Certificates, Series 2006-1 rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5