Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 17−19073−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Candido Jose Franco Jr.
  aka Candido Jose Franco Filho
  849 Gibbons Court
  Elizabeth, NJ 07202

Social Security No.:
  xxx−xx−5806

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/4/21 at 10:00 AM

to consider and act upon the following:

*133* – Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 1/18/2021. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) (Greenberg, Marie−Ann)

*139* – Certification in Opposition to (related document:133 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 1/18/2021. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Javier L. Merino on behalf of Candido Jose Franco Jr.. (Attachments: # 1 Certificate of Service) (Merino, Javier)

Dated: 1/12/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court