**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

CANDIDO JOSE FRANCO, JR.

**Case No.:  17-19073**

**Adv. No.:**

**Hearing Date:**

**Judge:  VFP**

### CERTIFICATION OF SERVICE

1. I, Jackie Michaels, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 02/18/2022, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
CANDIDO JOSE FRANCO, JR.
849 GIBBONS COURT
ELIZABETH, NJ  07202
Mode of Service:  Regular Mail

Attorney for Debtor(s):
JAVIER L. MERINO
DANN & MERINO, P.C.
372 Kinderkamack Road
Suite 5
Westwood, NJ  07675
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  February 18, 2022

By:    /S/  Jackie Michaels
Jackie Michaels