Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−19073−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Candido Jose Franco Jr.
   aka Candido Jose Franco Filho
   849 Gibbons Court
   Elizabeth, NJ 07202

Social Security No.:
   xxx−xx−5806

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/7/22 at 02:00 PM

to consider and act upon the following:

*156* − Application for Compensation for Javier L. Merino, Debtor's Attorney, period: to, fee: $400.00, expenses: $0. Filed by Javier L. Merino. Objection deadline is 6/2/2022. (Attachments: # 1 Fee App # 2 Proposed Order # 3 Certification of Service) (Merino, Javier)

*157* − Objection to Application for Compensation (related document:156 Application for Compensation for Javier L. Merino, Debtor's Attorney, period: to, fee: $400.00, expenses: $0. Filed by Javier L. Merino. Objection deadline is 6/2/2022. (Attachments: # 1 Fee App # 2 Proposed Order # 3 Certification of Service) filed by Debtor Candido Jose Franco) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 6/1/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court